UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

```
SONG IN LINDSEY             )
                            )       Case No. 10 B 05154
                            )
                            )       Chapter 13
                            )
                            )       Judge: SUSAN PIERSON SONDERBY
```

### TRUSTEE'S NOTICE OF WITHDRAWAL OF DOCKET ENTRY #  39
### PAYMENT OF FINAL MORTGAGE CURE AMOUNT

To:     Service List Attached

PLEASE TAKE NOTICE THAT the Notice of Final Mortgage Cure Amount previously filed by Tom Vaughn, Chapter 13 Trustee, Docket Entry # 39 is WITHDRAWN.

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing in the U.S. mail at 55 E. Monroe St. Chicago, Illinois on     07/20/2011.

                                        /Tom Vaughn/
                                Tom Vaughn, Chapter 13 Trustee

Tom Vaughn
Chapter 13 Trustee
55 E. Monroe St. Suite 3850
Chicago, Illinois 60603
(312) 294-5900
(312) 341-7168 (FAX)

**SERVICE LIST**

SONG IN LINDSEY
111 E CHESTNUT # 32J
CHICAGO IL
60611

JPMORGAN CHASE BANK
3415 VISION DR
OH4-7126
COLUMBUS OH
43219

GREGORY K STERN
53 W JACKSON BLVD # 1442
CHICAGO IL

60604

CHASE HOME FINANCE LLC
% CODILIS & ASSOCIATES
15W030 N FRONTAGE RD #100
BURR RIDGE IL
605270000