Case No:   10-05154

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | **Song in Lindsey** | Case No. | **10-05154** |
| | | Chapter | **13** |

Property Address:   **111 E. Chestnut Street Unit #32J, Chicago, IL 60611**

Last four digits of any number your use to
Identify the debtor's account:   **##########2085**

Court Claim No. (if known)   **N/A**

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc 3002

**JPMorgan Chase Bank N.A.**

("Creditor") hereby responds to that certain Notice of Final Cure Payment dated **04/07/2015** and filed as Docket No. **51**

### Pre-Petition Default Payments   Applicable option is checked.

■   Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐   Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this response.

### Post-Petition Default Payments   Applicable option is checked.

■   Agrees that the Debtor(s) is current with respect to all post-petition payments consistent with 1332(b)(5) including all fees, charges, expenses, escrow and costs.  Debtor(s) is due post-petition for **05/20/2015** as of the date of this Response.

☐   Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due:

The amounts due identified on this response may not, due to timing, reflect all payments sent to the Bank as of the date of the Cure Statement.  In addition, the amounts due may include payments reflected on the NOFC but which have not yet been received and/or processed by the Bank.

Case No:   10-05154

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it.  Sign and print your name and your title, (if any), and state your address and telephone number if different from the notice address listed on the proof of claim.

Check the appropriate box.

☐ I am the creditor          ■ I am the creditor's authorized agent  (Attach copy of power of attorney, if any.)

**✗**  /s/ Peter C. Bastianen                              Date        4/28/15
    Signature

Print:       Peter C. Bastianen                            Title       Attorney for Creditor
             First Name    Middle Name    Last Name

                                                                                         14-15-06922

Company      Codilis & Associates, P.C.

Address      15W030 North Frontage Road, Suite 100
             Number            Street

             Burr Ridge          IL     60527
             City                State  ZIP Code

Telephone number:  (630) 794-5300              email:   ND-Four@il.cslegal.com

Case No: 10-05154

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Pre-Petition Claim

| Description | Date | Amount |
|---|---|---|
| | | |

Case No: 10-05154

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Description | Date | Amount |
|---|---|---|
| | | |

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on  April 28, 2015 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  April 28, 2015.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Song in Lindsey, Debtor(s), 111 East Chestnut #32J, Chicago, IL 60611
Gregory K. Stearn, Attorney for Debtor(s), 53 West Jackson Blvd.   Suite 1442, Chicago, IL 60604 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604by electronic notice through ECF


                /s/ Peter C. Bastianen


    Berton J. Maley ARDC#6209399
    Rachael A. Stokas ARDC#6276349
    Gloria C. Tsotsos ARDC#6274279
    Jose G. Moreno ARDC#6229900
    Peter C. Bastianen ARDC#6244346
    Joel P. Fonferko ARDC#6276490
    Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-15-06922)**

NOTE: This law firm is a debt collector.