**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

IN RE:

Song in Lindsey

Case No.: 10-05154
Chapter: 13
Hearing Date: 05/07/15

Debtor(s)  Judge: Janet S. Baer

## NOTICE OF MOTION

TO:  Song in Lindsey, Debtor(s), 111 East Chestnut, #32J, Chicago, IL 60611
Gregory K. Stern, Attorney for Debtor(s), 53 West Jackson Boulevard, Suite 1442, Chicago, IL 60604 by electronic notice through ECF
Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF

PLEASE TAKE NOTICE that on May 7, 2015, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Janet S. Baer, Bankruptcy Judge, in courtroom 615 usually occupied by him/her at the Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn St., Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear is you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on April 28, 2015 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on April 29, 2015.

/s/ Peter C. Bastianen
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-06060)**

NOTE: This law firm is a debt collector.

# **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on April 28, 2015 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on April 29, 2015.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Song in Lindsey, Debtor(s), 111 East Chestnut, #32J, Chicago, IL 60611
Gregory K. Stern, Attorney for Debtor(s), 53 West Jackson Boulevard, Suite 1442, Chicago, IL 60604 by electronic notice through ECF

                                                                   /s/ Peter C. Bastianen
                                                                     Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-06060)**

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

Song in Lindsey

Debtor(s)

Case No.: 10-05154
Chapter: 13
Hearing Date: 05/07/15

Judge: Janet S. Baer

## MOTION TO EXTEND TIME

**NOW COMES** JPMORGAN CHASE BANK, N.A., (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to Fed. R. Bankr. P. 9006(b) for an extension of time to file its Response to the Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f) filed by the Trustee, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 111 East Chestnut St., Chicago, Illinois;

3. On 04/07/15, the Trustee filed and served a Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f);

4. Pursuant to Fed. R. Bankr. P. 3002.1(g), the 21 day deadline for Movant to file and serve its Response the Trustee's Notice expires on 04/28/15;

5. Movant is in the process of preparing its Response but requires additional time to complete, file and serve its Response;

**WHEREFORE,** JPMORGAN CHASE BANK, N.A. prays this Court enter an Order pursuant to Fed. R. Bankr. P. 9006(b) extending the time for Movant to file its Response to the Trustee's Notice of Final Mortgage Mortgage Cure Under Rule 3002.1(f), and for such other and further relief as this Court may deem just and proper.

Dated this April 28, 2015.

                                                        Respectfully Submitted,
                                                        Codilis & Associates, P.C.

                                                        By: /s/ Peter C. Bastianen

                                                        Berton J. Maley ARDC#6209399
                                                        Rachael A. Stokas ARDC#6276349
                                                        Gloria C. Tsotsos ARDC#6274279
                                                        Jose G. Moreno ARDC#6229900
                                                        Peter C. Bastianen ARDC#6244346
                                                        Joel P. Fonferko ARDC#6276490
                                                        Maria A. Georgopoulos ARDC#6281450
                                                        **Codilis & Associates, P.C.**
                                                        15W030 North Frontage Road, Suite 100
                                                        Burr Ridge, IL 60527
                                                        (630) 794-5300
                                                        **C&A FILE (14-10-06060)**

NOTE: This law firm is a debt collector.